IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

__Norman Shaw Jr.__
__Pro Se__
_____
(Enter above the full name of the Plaintiff(s))

vs.                                              Case Number **2:24-cv-02300-EFM-TJJ**

__Chris Howell__
Name
__4101 S. 4th Street__
Street and number
__Leavenworth, KS 66048__
City          State          ZipCode

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

### CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff __Norman Shaw Jr.__
     Address __235 Ward Pkwy Apt. 602__
     __Kansas City, Mo, 64112__

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant Chris Howell is employed at Leavenworth VA Medical Center Radiology Dept.

C. Additional Defendants _____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of Missouri.

2. The first-named defendant above is either

   a. a citizen of the State of _____; or

   b. a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of _____; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.  (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

☐ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☑ 3. Other grounds (specify and state any statute which gives rise to such grounds):

28 USC 4101

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

On May 23, 2024 around 2:35pm. I entered the Radiology Dpt for a X-ray per Dr. Austria. Chris Howell approached me, glared at me for 10 seconds then proceeded to the X-ray room. He asked my name & last 4. I asked him why when he had it on his chart. He told me, "all you guys look alike and play a lot of games".

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.) I would like a monetary settlement of $5,000,000.00 dollars or trial by Jury for emotional, mental stress and for Defamation of character of me by Chris Howell on May 23, 2024.

Five Million Dollars.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☑  No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☑  No ☐

VII. Do you claim punitive monetary damages? Yes ☑  No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

For mental stress, emotional stress, Pain and suffering and to set a example that this type of racial defamation, slander and libel should not be tolerated towards U.S. Veteran who've served his Country Honorably. Amendment I and 28 USC 4101

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒ No ☐

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

May 23, 2024, Filed with Leavenworth, KS VA Patient Rep Les Tener. Also filed with Chris Hayes, Topeka, KS Radiology Supervisor.

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

N/A

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Norman Shaw Jr.*
Signature of Plaintiff

Norman Shaw Jr.
Name (Print or Type)

235 Ward Pkwy. Apt. 602
KC MO. 64112
Address

KansasCity, Mo. 64112
City          State          Zip Code

646-498-4767. Hm. 816 523-8314
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☐ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

_____
Signature of Plaintiff

Dated: 07/11/2024
(Rev. 10/15)

6